IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL LEE FELDER,

        Petitioner,                  No. CIV S-07-0903 LKK EFB P

        vs.

TOM L. CAREY, et al.,

        Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 8, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis in part but declines to adopt them in part.

1

PDF created with pdfFactory trial version www.pdffactory.com

In the findings and recommendations, the magistrate judge concluded that petitioner's application is barred by the statute of limitations. The court agrees, adopts this portion of the findings, and grants respondents' motion to dismiss on this basis.

The magistrate judge also concluded, however, that petitioner failed to state a claim. The court cannot agree. Petitioner alleges that the state violated his due process rights through the Board of Prison Terms' failure to consider post-conviction factors in denying his parole. In light of the California Supreme Court's recent ruling in <u>In re. Sandra Davis Lawrence</u>, No. S154018, slip op. (Cal. Aug. 21, 2008), holding that circumstances of the crime alone cannot justify a denial of parole, petitioner's petition may state a valid basis upon which relief may be granted.

Accordingly, the court orders as follows:

1. The findings and recommendations filed September 8, 2008, are adopted as to sections I and II.A;

2. Respondents' October 18, 2007 motion to dismiss is granted; and

3. This action is dismissed as untimely.

IT IS SO ORDERED.

DATED: September 30, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com